## Fink, Jeffrey R.

| | |
|---|---|
| **From:** | Lindsay Builder <lindsay.builder@nelsonmullins.com> |
| **Sent:** | Tuesday, February 16, 2021 1:19 PM |
| **To:** | Fink, Jeffrey R.; Matthew Ryan (mryan@cotsiriloslaw.com); Phil Busman; Ray Mullady |
| **Cc:** | Bay, William |
| **Subject:** | RE: Got Docs v. Kingsbridge - Deposition Dates for Gary Kleinrichert |

**RECEIVED FROM EXTERNAL SENDER - USE CAUTION**

Jeff,

We will not be producing Mr. Kleinrichert for deposition until after your expert produces his/her report on March 8th.

First, there is no requirement in the Court's scheduling order that the party with the burden of proof must not only serve its expert witness disclosure and report first, but also produce its expert for deposition before the opposing party's expert report is due.

Second, your proposed deposition dates fall in the timeframe when our opposition to your reconsideration motion will have our attention. We are not suggesting this timing was intentional on your part, but we will not have our expert deposition preparation interfered with by your motion.

We will confer with our expert and send you proposed dates for his deposition in the latter half of March.

Thanks,

Lindsay

**NELSON MULLINS**

**LINDSAY L. BUILDER**  **PARTNER**
lindsay.builder@nelsonmullins.com
**GREENVILLE ONE | SUITE 400**
**2 W. WASHINGTON STREET | GREENVILLE, SC 29601**
T 864.373.2208   M 864.612.5462   F 864.373.2925
NELSONMULLINS.COM   VCARD   VIEW BIO

**From:** Fink, Jeffrey R. <JFINK@thompsoncoburn.com>
**Sent:** Tuesday, February 16, 2021 12:16 PM
**To:** Lindsay Builder <lindsay.builder@nelsonmullins.com>; Matthew Ryan (mryan@cotsiriloslaw.com) <mryan@cotsiriloslaw.com>; Phil Busman <phil.busman@nelsonmullins.com>; Ray Mullady <ray.mullady@nelsonmullins.com>

1

Exhibit 1

**Cc:** Bay, William <WBAY@thompsoncoburn.com>
**Subject:** RE: Got Docs v. Kingsbridge - Deposition Dates for Gary Kleinrichert

◄External Email► - From: jfink@thompsoncoburn.com

Counsel,

I'm following up on my request below. Please advise.

**Jeffrey R. Fink**
jfink@thompsoncoburn.com
P: 314.552.6145
F: 314.552.7000
M: 314.602.6145

**Thompson Coburn LLP**
One US Bank Plaza
St. Louis, Missouri 63101
www.thompsoncoburn.com

> **From:** Fink, Jeffrey R.
> **Sent:** Wednesday, February 10, 2021 2:55 PM
> **To:** Lindsay Builder (lindsay.builder@nelsonmullins.com) <lindsay.builder@nelsonmullins.com>; Matthew Ryan (mryan@cotsiriloslaw.com) <mryan@cotsiriloslaw.com>; Phil Busman (phil.busman@nelsonmullins.com) <phil.busman@nelsonmullins.com>; Ray Mullady (ray.mullady@nelsonmullins.com) <ray.mullady@nelsonmullins.com>
> **Cc:** Bay, William <WBAY@thompsoncoburn.com>
> **Subject:** Got Docs v. Kingsbridge - Deposition Dates for Gary Kleinrichert
>
> Counsel,
>
> We would like to take Gary Kleinrichert's deposition on February 24, 25, or 26. Please let us know which of those dates work for him and you. Thanks.
>
> **Jeffrey R. Fink**
> jfink@thompsoncoburn.com
> P: 314.552.6145
> F: 314.552.7000
> M: 314.602.6145
>
> **Thompson Coburn LLP**
> One US Bank Plaza
> St. Louis, Missouri 63101
> www.thompsoncoburn.com

CONFIDENTIALITY NOTE: This message and any attachments are from a law firm. They are solely for the use of the intended recipient and may contain privileged, confidential or other legally protected information. If you are not the intended recipient, please destroy all copies without reading or disclosing their contents and notify the sender of the error by reply e-mail.

**Confidentiality Notice**
This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of

Exhibit 1

it. If you have received this message in error, please notify the sender immediately either by phone (800-237-2000) or reply to this e-mail and delete all copies of this message.

Exhibit 1