# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| GOT DOCS, LLC, d/b/a IQL LOGIC and IQL-RIGGIG, LLC, | ) ) ) ) ) ) ) ) ) ) ) | Case No. 1:19-cv-06155 |
| Plaintiffs, | | |
| v. | | |
| KINGSBRIDGE HOLDINGS, LLC, FRANK MENDICINA, and AMF6 SOLUTIONS, LLC, | | Hon. Ronald A. Guzman<br>Magistrate Young B. Kim |
| Defendants. | | |

## PLAINTIFFS' MOTION TO COMPEL AND FOR SANCTIONS

Plaintiffs Got Docs, LLC d/b/a IQL-RIGGIG, LLC f/k/a Riveria MCS, LLC (collectively, "Plaintiffs") respectfully submit this motion pursuant to Rule 37(a), (c), and (d) of the Federal Rules of Civil Procedure. Defendant Kingsbridge Holdings, LLC ("Kingsbridge") refuses to produce documents, to provide information, or to produce a sufficiently knowledgeable 30(b)(6) witness to testify concerning IQ Connect, Plaintiffs' proprietary software that Defendants stole and repackaged as "Bridge Connect," a Kingsbridge branded knockoff. Accordingly, as set forth in the accompanying Memorandum In Support, Plaintiffs respectfully request that the Court order Kingsbridge to:

(1) produce, within fourteen days, all documents relating to IQ Connect and/or Bridge Connect, including those materials held by third parties within Kingsbridge's constructive control, such as 3E Software Solutions;

(2) answer, within fourteen days, the interrogatories Plaintiffs served on January 8, 2021;

(3) produce a knowledgeable and competent 30(b)(6) designee to testify, for up to four hours, concerning IQ Connect and Bridge Connect within twenty-one days following completion of the document production and interrogatory responses outlined above or another date mutually agreeable to the parties; and

(4) pay Plaintiffs the costs of the re-convened 30(b)(6) deposition; and

1

The Court grant Plaintiffs such other relief as it deems just and appropriate.

Plaintiffs certify, in compliance with Rule 37, Fed.R.Civ.P., and Local Rule 37.2, that they made repeated unsuccessful attempts to resolve the issues presented herein with Kingsbridge, including but not limited to multiple email exchanges on the subject matter of this Motion and a teleconference involving Attorneys Ray Mullady and Lindsay Builder (Plaintiffs) and Attorney Jeffrey Fink (Kingsbridge) on February 18, 2021 at approximately 2:00 PM (CST).

Respectfully submitted,

COTSIRILOS, TIGHE, STREICKER, POULOS & CAMPBELL, LTD.

By: /s/ Matthew S. Ryan
    Illinois Bar No. 6278362
    mryan@cotsiriloslaw.com
    33 North Dearborn Street, Suite 600
    Chicago, IL 60602
    Tel: (312) 263.0345

-and-

NELSON MULLINS RILEY & SCARBOROUGH, LLP

Of Counsel:
*Admitted Pro Hac Vice*
Raymond G. Mullady, Jr.
ray.mullady@nelsonmullins.com
Philip M. Busman
phil.busman@nelsonmullins.com
101 Constitution Avenue, N.W., Suite 900
Washington, DC 20001
Tel: (202) 689.2800

Lindsay L. Builder
lindsay.builder@nelsonmullins.com
2 W. Washington Street, Suite 400
Greenville, SC 29601
(864) 373.2300

*Counsel for Plaintiffs*